IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHERIE ANDERSON                                                                    PLAINTIFF

v.                              No. 3:19-cv-310-DPM

PRINCIPAL LIFE INSURANCE COMPANY,
d/b/a FMLASource, d/b/a Principal Absence
Management Center; BAPTIST MEDCARE,
INC., d/b/a Practice Plus; BAPTIST HEALTH,
f/k/a Baptist Health Medical Center-Little Rock,
d/b/a Interventional Pain Management Center;
BAPTIST HEALTH/PRACTICE PLUS; and
PAIN & INTERVENTIONAL RADIOLOGY
SPECIALISTS, P.A., f/k/a Interventional
Pain Management Center                                                           DEFENDANTS

## ORDER

Anderson hasn't responded to defendants' motion for summary judgment, *Doc. 36*. Unless she responds by 7 April 2021, and explains her tardiness, the Court will rule on the current papers. Also, the docket needs cleaning up. The four Baptist defendants appear to be two entities: Baptist Medcare, Inc., d/b/a Practice Plus, and Pain & Interventional Radiology Specialists, P.A., d/b/a Interventional Pain Management Center. Joint status report on the appropriate defendants due by 6 April 2021.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 March 2021