IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHERIE ANDERSON                                                    PLAINTIFF

v.                          No. 3:19-cv-310-DPM

PRINCIPAL LIFE INSURANCE COMPANY,
d/b/a FMLASource, d/b/a Principal Absence
Management Center; BAPTIST MEDCARE,
INC., d/b/a Practice Plus; BAPTIST HEALTH,
f/k/a Baptist Health Medical Center-Little Rock,
d/b/a Interventional Pain Management Center;
BAPTIST HEALTH/PRACTICE PLUS;
INTERVENTIONAL PAIN MANAGEMENT
CENTER, a subsidiary of Baptist Health
Medical Center-Little Rock; and PAIN &
INTERVENTIONAL RADIOLOGY
SPECIALISTS, P.A., d/b/a Interventional
Pain Management Center                                            DEFENDANTS

## JUDGMENT

Anderson's federal claims are dismissed with prejudice. Her state law claims are dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 July 2021